UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| GEORGE M. FUENTES | CIVIL ACTION NO. 16-cv-1232 |
| VERSUS | JUDGE ELIZABETH FOOTE |
| SHERIFF'S DEPT. BOSSIER PARISH, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Revised Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 22), and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Preliminary Injunction (Doc. 9) is **DENIED** and Defendants' Motion for Summary Judgment (Doc. 19) is **GRANTED**. Plaintiff's claims are **DISMISSED with prejudice**. The previous Report and Recommendation (Record Document 21) is moot and is hereby withdrawn.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 27th day of July, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE